

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07-CR-00155-JCM-PAL |
| Plaintiff, ) | |
| vs. ) | |
| PERCY LEE POWERS ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#5), sentencing held on May 12, 2005. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: DEFENSE FINANCE ACCOUNTING SERVICE
Amount of Restitution: $55,124.55

**Total Amount of Restitution ordered: $55,124.55**

Dated this _____ day of January 2020.

_____
UNITED STATES DISTRICT JUDGE